# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1202EA

_____

Arkansas ACORN Fair Housing, Inc.,    *
                                        *

           Appellant,     *     Appeal from the United States
                                        *     District Court for the Eastern
    v.                                  *     District of Arkansas.
                                        *

Southwest Nursing Homes, Inc.,     *       [UNPUBLISHED]
                                        *

           Appellee.      *

_____

Submitted: September 24, 1998
Filed: September 30, 1998

_____

Before McMILLIAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

Arkansas Acorn Fair Housing, Inc. (AAFH) appeals the district court's grant of Southwest Nursing Homes, Inc.'s (SNH) motion for judgment as a matter of law. The district court ruled there was insufficient evidence to establish AAFH's Fair Housing Act claim that its investigator/tester was the object of a misrepresentation about housing opportunities for minority residents at SNH's residential care facility made unlawful under 42 U.S.C. § 3604(c) (1994). We review the district court's ruling under a well-established standard. Based on the record before us, we conclude the district court's ruling on the merits was correct and that an extended opinion is not warranted. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.